IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TYWANA ROYAL,  :
    Plaintiff  :
  v.  : Case No. 3:23-cv-228-KRG-KAP
AVEANNA HEALTH CARE,  :
    Defendant  :

## Memorandum Order

The parties shall follow this pretrial schedule:

1. Motions, other than those mentioned in ¶2 and ¶3 below, shall be accompanied by a memorandum of law and responded to within twenty days.

2. Discovery shall be completed by March 31, 2024. Discovery motions should succinctly state the matter in dispute and need not be accompanied by any memorandum of law; discovery motions shall be responded to within five days. Absent order to the contrary, the filing of a motion to dismiss or motion to compel discovery shall not stay discovery.

3. Motions for summary judgment shall be filed on or before April 30, 2024. Motions shall be responded to by the opposing party within thirty days.

4. The dates for filing of pretrial statements and trial shall be scheduled after any dispositive motions have been decided. If no summary judgment motions are filed, plaintiff's pretrial statement shall be filed on or before May 31, 2024, and defendant's pretrial statement shall be filed on or before June 30, 2024.

DATE: December 19, 2023

Keith A. Pesto,
United States Magistrate Judge

Notice by ECF to counsel of record and by U.S. Mail to:

Tywana Royal
770 Cypress Avenue
Johnstown, PA 15902